UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JAYAVEERAPANDIAN SHUNMUGAVEL,

                    Plaintiff,                    20-cv-957 (PKC)

   -against-

                                                <u>ORDER</u>

PANNEER SELVAM BALASUBRAMANIAM,

                    Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The parties may conduct discovery limited to which states law governs the loans at issue under choice of law principles and whether the loans had a personal or a business purpose. This limited discovery shall conclude by September 18, 2020.  Pre-motion letters due 14 days after September 18.  The motion to dismiss is deemed withdrawn without prejudice.  (Docs. 12, 13, 14). The next conference will be held in Courtroom 11D on October 20, 2020 at 11:00 a.m.

        The case will be referred to the Court-annexed mediation program.

        SO ORDERED.

                                                      P. Kevin Castel
                                       United States District Judge

Dated:  New York, New York
         July 6, 2020